IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|     Sylvia Timberlake | : |
| | :      Chapter 7 |
| | : |
| | :      Case No.  20-12571AMC |
| Debtor(s) | : |

**PRAECIPE FOR ENTRY OF APPEARNCE**

TO THE COURT:

    Please enter the appearance of Brad J. Sadek, Esquire, of Sadek and Cooper, on behalf of the Debtor in the above captioned matter.

    Thank you for updating the docket accordingly.

Dated:     August 4, 2020                         /s/ Brad J. Sadek
                                                                                 Brad J. Sadek, Esquire
                                                                                 Sadek and Cooper
                                                                                 1315 Walnut Street, Suite 502
                                                                                 Philadelphia, PA 19107
                                                                                 215-545-0008

                                                                                 Substitute Counsel for the Debtor